920 P.2d 290

**KPNX–TV**

v.

**HUDSON.**

No. CV–95–0561–PR.

Supreme Court of Arizona.

April 23, 1996.

Petition for Review DENIED.